**Order entered October 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00547-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**DALE LEE GILLLILAND, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82279-2014**

## ORDER

The Court **GRANTS** appellee's October 10, 2016 motion for extension of time to file appellee's brief.

We **ORDER** appellee to file the brief within **THIRTY DAYS** from the date of this order.

No further extensions will be granted in this accelerated appeal absent extenuating circumstances.

/s/ ADA BROWN
JUSTICE